[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11917

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

SENTELL CAREY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 3:23-cr-00007-DHB-BKE-2

_____

2                    Opinion of the Court                    24-11917

Before JORDAN, BRANCH, and KIDD, Circuit Judges.

PER CURIAM:

Juanita M. Holsey, counsel for Sentell Carey in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the record reveals that counsel's overall assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carey's conviction and sentence are **AFFIRMED**.